UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REBEL HAYS,<br>　　Plaintiff,<br><br>v.<br><br>SHERMETA, ADAMS & VON ALLMEN PC.<br>& ENRIGHT, ANDREA A. (individually)<br>　VON ALLMEN, KYLE J. (individually)<br>　GRUCA, TERRI P. (individually)<br>　WINSLOW, DEBORAH A. (individually)<br>　　Defendants. | Case No. 1:13-cv-00913<br>Janet T. Neff<br>U.S. District Judge |

| | |
|---|---|
| REBEL HAYS<br>Plaintiff, In Pro Per<br>31283 US HWY 12<br>Niles, MI  49120 | TRICIA N. McKINNON (P60448)<br>SHERMETA, ADAMS & VON ALLMEN, P.C.<br>Attorney for Defendants<br>P. O. Box 5016<br>Rochester, MI  48308<br>(248) 519-1700 |

### ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the within action is hereby dismissed with prejudice and without costs or attorney fees to either party.

Dated: January 8, 2014

/s/ Ellen S. Carmody
ELLEN S. CARMODY
U.S. Magistrate Judge